# UNITED STATES DISTRICT COURT
# NORTHER DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| Karen Nowak, | : |
|                          Plaintiff,<br>v. | Civil Action No.:  4:11-cv-00302-Y |
| Consumer Recovery Associates, LLC, | |
|                          Defendant. | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: June 23, 2011

Diana P. Larson

Respectfully submitted,
By:  __/s/ Diana P. Larson_____

Texas Bar No. 24007799
Erik V. Larson
Texas Bar No. 00791076
The Larson Law Office, PLLC
14785 Preston Road, Suite 550
Dallas, Texas  75154
Telephone:  (877) 775-3666 x.5504
Facsimile:  (888) 953-6237
Email:  diana@thelarsonlawoffice.com
Email:  erik@thelarsonlawoffice.com


Of Counsel To:
LEMBERG & ASSOCIATES L.L.C.
A Connecticut Law Firm

1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (888) 953-6237
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 23, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                         By __/s/ Diana P. Larson_____
                                                    Diana P. Larson