IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KAREN NORWAK | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:11-CV-302-Y |
| | § | |
| CONSUMER RECOVERY ASSOCIATES, LLC | § § | |

## FINAL JUDGMENT

Pursuant to the parties' stipulation of dismissal (doc. 10) and Federal Rule of Civil Procedure 41, all claims in the above-styled and -numbered cause are DISMISSED WITH PREJUDICE. Each party shall bear its own costs.

SIGNED August 1, 2011.

_Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE